# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REGINALD STEVEN WILLIAMS,<br><br>Defendant. | CR 22-84-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on November 3, 2022, Reginald Steven Williams plead guilty to counts 2 and 4 of the indictment, which charged him with possession with intent to distribute methamphetamine and prohibited person in possession of a firearm;

And whereas, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

1

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on January 27, 2023, and ending on February 25, 2023, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $8,344.00 U.S. currency;

- An Intratec Sport 22 .22mm pistol with scope attached, S/N: K001389;

- A black Haskell High Point 9 model JHP .45 caliber pistol, S/N: X402885;

- A Sig Sauer 1911 pistol, S/N: T0620-21AP00843;

- A Black Springfield XD pistol with empty magazine, S/N: BA448596;

- A green body armor vest;

- A camo body armor vest; and

- Assorted magazines and ammunition.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

THAT the Motion for Final Order of Forfeiture (Doc. 50) is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- $8,344.00 U.S. currency;

- An Intratec Sport 22 .22mm pistol with scope attached, S/N: K001389;

- A black Haskell High Point 9 model JHP .45 caliber pistol, S/N: X402885;

- A Sig Sauer 1911 pistol, S/N: T0620-21AP00843;

- A Black Springfield XD pistol with empty magazine, S/N: BA448596;

- A green body armor vest;

- A camo body armor vest; and

- Assorted magazines and ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of June, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge