IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–84–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| REGINALD STEVEN WILLIAMS, III, | |
| Defendant. | |

The government having failed to file a response to Defendant Reginald Steven Williams, III's amended motion for compassionate release by the deadline, *see* D. Mont. L.R. CR 47.2(a),

IT IS ORDERED that the government must file its response on or before September 17, 2025, or the motion, (*see* Doc. 68), will be deemed unopposed. *See* LR C.R. 47.2(b).

DATED this 3rd day of September, 2025.

SUSAN P. WATTERS
United States District Court Judge